**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF ALABAMA

Case number *(if known)*

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | SpecAlloy Corporation |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  PANHANDLE CONVERTER RECYCLING<br>DBA  PANHANDLE RECYCLING |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 59-3559677 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 868 Murray Road<br>DOTHAN, AL 36303 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Houston | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership
- ☐ Other. Specify:

Debtor   SpecAlloy Corporation
         Name                                                    Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known _____

| Debtor | SpecAlloy Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | SpecAlloy Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 5, 2016
              MM / DD / YYYY

**X** /s/ Joseph Donovan                                    Joseph Donovan
   Signature of authorized representative of debtor         Printed name

   Title   CEO

**18. Signature of attorney**

**X** /s/ CAMERON A. METCALF                                Date  January 5, 2016
   Signature of attorney for debtor                              MM / DD / YYYY

   CAMERON A. METCALF
   Printed name

   ESPY, METCALF & ESPY, P.C.
   Firm name

   326 N. OATES ST.
   P.O. DRAWER 6504
   DOTHAN, AL 36302-6504
   Number, Street, City, State & ZIP Code

   Contact phone   334-793-6288           Email address

   ASB-9874-E48C
   Bar number and State

# United States Bankruptcy Court
## Middle District of Alabama

In re   SpecAlloy Corporation
Debtor(s)

Case No.  
Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Joseph Donovan, declare under penalty of perjury that I am the CEO of SpecAlloy Corporation, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the ___ day of _____, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Joseph Donovan, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Joseph Donovan, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Joseph Donovan, CEO of this Corporation is authorized and directed to employ CAMERON A. METCALF ASB-9874-E48C, attorney and the law firm of ESPY, METCALF & ESPY, P.C. to represent the corporation in such bankruptcy case."

Date   December ____, 2015

Signed   _____
Joseph Donovan

# Resolution of Board of Directors
## of
## SpecAlloy Corporation

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Joseph Donovan, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Joseph Donovan, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Joseph Donovan, CEO of this Corporation is authorized and directed to employ CAMERON A. METCALF ASB-9874-E48C, attorney and the law firm of ESPY, METCALF & ESPY, P.C. to represent the corporation in such bankruptcy case.

Date  December ____, 2015          Signed _____

Date  December ____, 2015          Signed _____

**United States Bankruptcy Court**
**Middle District of Alabama**

In re  SpecAlloy Corporation     Case No. _____
                 Debtor(s)        Chapter  11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, Joseph Donovan, declare under penalty of perjury that I am the CEO of SpecAlloy Corporation, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of _____, 20__.

    "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that Joseph Donovan, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that Joseph Donovan, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that Joseph Donovan, CEO of this Corporation is authorized and directed to employ CAMERON A. METCALF ASB-9874-E48C, attorney and the law firm of ESPY, METCALF & ESPY, P.C. to represent the corporation in such bankruptcy case."

Date  December ____, 2015          Signed  _____
                                           Joseph Donovan

Resolution of Board of Directors
of
SpecAlloy Corporation

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Joseph Donovan, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Joseph Donovan, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Joseph Donovan, CEO of this Corporation is authorized and directed to employ CAMERON A. METCALF ASB-9874-E48C, attorney and the law firm of ESPY, METCALF & ESPY, P.C. to represent the corporation in such bankruptcy case.

Date  December ____, 2015            Signed _____

Date  December ____, 2015            Signed _____

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 5, 2016   **X** /s/ Joseph Donovan
                                                Signature of individual signing on behalf of debtor

                                                Joseph Donovan
                                                Printed name

                                                CEO
                                                Position or relationship to debtor

Fill in this information to identify the case:
Debtor name | SpecAlloy Corporation
United States Bankruptcy Court for the: MIDDLE DISTRICT OF ALABAMA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HEESUNG PMTECH CORP<br>5TH FLOOR, BULIM BLDG<br>39 NANDAEMUNDO-, 9 GIL, JUNG-GU<br>SEOUL KOREA SOUTH | | ON ACCOUNT | | | | $9,760,000.00 |
| WELLS FARGO C/O ERIC L. PRUITT, ESQ.<br>420 20TH STREET NORTH<br>1400 WELLS FARGO TOWER<br>BIRMINGHAM, AL 35203 | EPRUITT@BAKERDONELSON.COM | EQUIPMENT | | $3,019,588.02 | $1,100,000.00 | $1,919,588.02 |
| LKQCORP<br>500 WEST MADISON STREET, STE 2800<br>CHICAGO, IL 60661 | | ON ACCOUNT | | | | $1,609,541.12 |
| WRENCH A PART<br>5055 HWY 71E<br>DEL VALLE, TX 78617 | | ON ACCOUNT | | | | $784,746.86 |
| ANDERSEN SALES & SALVAGE<br>1490 EAST 8TH STREET<br>GREELEY, CO 80631 | | ON ACCOUNT | | | | $437,192.75 |
| NOLAN TRANSPORTATION GROUP, INC.<br>75 REMITTANCE DRIVE, DEPT 132<br>CHICAGO, IL 60675-3132 | | ON ACCOUNT | | | | $13,075.00 |

| Debtor | SpecAlloy Corporation | | Case number (if known) | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CARR ALLISON<br>100 VESTAVIA PARKWAY<br>BIRMINGHAM, AL 35216 | | ON ACCOUNT | | | | $7,921.60 |
| ALABAMA TECHNOLOGY NETWORK<br>P.O. BOX 302130<br>MONTGOMERY, AL 36130-2130 | | ON ACCOUNT | | | | $7,200.00 |
| FCCI INSURANCE GROUP<br>P.O. BOX 405563<br>ATLANTA, GA 30384-5563 | | ON ACCOUNT | | | | $4,551.93 |
| LITCO INTERNATIONAL<br>ONE LITCO DRIVE<br>VIENNA, OH 44473 | | ON ACCOUNT | | | | $4,500.00 |
| CH ROBINSON<br>P.O. BOX 9121<br>MINNEAPOLIS, MN 55480-9121 | | ON ACCOUNT | | | | $4,050.00 |
| MCMASTER-CARR SUPPLY<br>600 N. COUNTY LINE ROAD<br>ELMHURST, IL 60126 | | ON ACCOUNT | | | | $3,903.62 |
| THE LOCATOR<br>P.O. BOX 286<br>WHITING, IA 51063-0286 | | ON ACCOUNT | | | | $3,700.00 |
| UNIFIRST CORPORATION<br>208 SOUTH EDGEWOOD DRIVE<br>DOTHAN, AL 36301 | | ON ACCOUNT | | | | $2,979.83 |
| PERFORMANCE MACHINE WORKS LLC<br>344 SOUTHGATE ROAD<br>DOTHAN, AL 36301 | | ON ACCOUNT | | | | $2,664.00 |
| SERVICE INDUSTRIAL SUPPLY<br>P.O. BOX 1347<br>DOTHAN, AL 36302-1347 | | ON ACCOUNT | | | | $2,536.68 |

| Debtor | SpecAlloy Corporation | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IDHN<br>2650 EAST DIVISION STREET<br>SPRINGFIELD, MO 65803 | | ON ACCOUNT | | | | $2,000.00 |
| ADVANTAGE STAFFING<br>P.O. BOX 277534<br>ATLANTA, GA 30384-7534 | | ON ACCOUNT | | | | $1,685.60 |
| EXPRESS EMPLOYMENT PROFESSIONALS<br>P.O. BOX 535434<br>ATLANTA, GA 30353-5434 | | ON ACCOUNT | | | | $1,589.51 |
| THE PEPI COMPANIES<br>165 TECHNOLOGY DRIVE<br>DOTHAN, AL 36303 | | ON ACCOUNT | | | | $1,268.07 |

# United States Bankruptcy Court
## Middle District of Alabama

In re: SpecAlloy Corporation  
Debtor(s)

Case No.  
Chapter: 11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: January 5, 2016

/s/ Joseph Donovan  
Joseph Donovan/CEO  
Signer/Title

SPECALLOY CORPORATION
868 MURRAY ROAD
DOTHAN AL 36303

ADVANCED MECHANIX
947 N BEVERLYE ROAD
DOTHAN AL 36303

ADVANTAGE STAFFING
P.O. BOX 277534
ATLANTA GA 30384-7534

AGF MACHINERY, LLC
1760 REEVES STREET
DOTHAN AL 36303

AIRGAS
P.O. BOX 532609
ATLANTA GA 30353-2609

ALABAMA TECHNOLOGY NETWORK
P.O. BOX 302130
MONTGOMERY AL 36130-2130

ALLSOUTH URGENT CARE CLINIC INC
4585 MONTGOMERY HWY
DOTHAN AL 36303

ANDERSEN SALES & SALVAGE
1490 EAST 8TH STREET
GREELEY CO 80631

AT&T
P.O. BOX 5080
CAROL STREAM IL 60197-5080

AUTOMATION DIRECT.COM, INC.
P.O. BOX 402417
ATLANTA GA 30384


AUTOMOTIVE RECYCLERS ASSOCIATION
9113 CHURCH STREET, STE 2
MANASSAS VA 20110


CARR ALLISON
100 VESTAVIA PARKWAY
BIRMINGHAM AL 35216


CH ROBINSON
P.O. BOX 9121
MINNEAPOLIS MN 55480-9121


CIRCLE PEST CONTROL
P.O. BOX 6932
DOTHAN AL 36302


COFFMAN INTERNATIONAL INC
4185 ROSS CLARK CIRCLE
DOTHAN AL 36303


DOTHAN AREA CHAMBER OF COMMERCE
P.O. BOX 638
DOTHAN AL 36302


EXPRESS EMPLOYMENT PROFESSIONALS
P.O. BOX 535434
ATLANTA GA 30353-5434


FCCI INSURANCE GROUP
P.O. BOX 405563
ATLANTA GA 30384-5563

```
FERRELLGAS
P.O. DRAWER 430
DOTHAN AL 36301



FLORIDA TURNPIKE
FDOT TURNPIKE ENTERPRISE
P.O. BOX 310
OCOEE FL 34761-0100


GETS INC
P.O. BOX 1922
DOTHAN AL 36302



HEALTHLINK
2946 ROSS CLARK CIRCLE
DOTHAN AL 36301



HEESUNG PMTECH CORP
5TH FLOOR, BULIM BLDG
39 NANDAEMUNDO-, 9 GIL, JUNG-GU
SEOUL KOREA SOUTH


IBS OF SOUTHERN ALABAMA
P.O. BOX 8751
DOTHAN AL 36304



IDHN
2650 EAST DIVISION STREET
SPRINGFIELD MO 65803



J&N MACHINE SHOP LLC
171 NORTH RANGE STREET
DOTHAN AL 36303



LEDOUX & COMPANY
359 ALFRED AVENUE
TEANECK NJ 07666-5755
```

LITCO INTERNATIONAL
ONE LITCO DRIVE
VIENNA OH 44473


LKQCORP
500 WEST MADISON STREET, STE 2800
CHICAGO IL 60661


MARTIN ENVIRONMENTAL
P.O. BOX 8623
DOTHAN AL 36304


MCMASTER-CARR SUPPLY
600 N. COUNTY LINE ROAD
ELMHURST IL 60126


NOLAN TRANSPORTATION GROUP, INC.
75 REMITTANCE DRIVE, DEPT 132
CHICAGO IL 60675-3132


PERFORMANCE MACHINE WORKS LLC
344 SOUTHGATE ROAD
DOTHAN AL 36301


SCRAP MAGAZINE
1615 L STREET NW, STE 600
WASHINGTON DC 20036-5664


SERVICE INDUSTRIAL SUPPLY
P.O. BOX 1347
DOTHAN AL 36302-1347


SOUTHEASTERN FREIGHT LINES
P.O. BOX 100104
COLUMBIA SC 29202

SOUTHERN BLOW PIPE INC
377 BIC ROAD
DOTHAN AL 36303


SOUTHERN HYDRAULIC SERVICES, INC.
1415 SOUTH OATES STREET
DOTHAN AL 36301


THE LILLY COMPANY
P.O. BOX 100575
BIRMINGHAM AL 35210


THE LOCATOR
P.O. BOX 286
WHITING IA 51063-0286


THE PEPI COMPANIES
165 TECHNOLOGY DRIVE
DOTHAN AL 36303


ULINE
125875 ULINE DRIVE
PLEASANT PRAIRIE WI 53158


UNIFIRST CORPORATION
208 SOUTH EDGEWOOD DRIVE
DOTHAN AL 36301


UPS
P O BOX 7247-0244
PHILADELPHIA PA 19170


WELLS FARGO C/O ERIC L. PRUITT, ESQ.
420 20TH STREET NORTH
1400 WELLS FARGO TOWER
BIRMINGHAM AL 35203

```
WRENCH A PART
5055 HWY 71E
DEL VALLE TX 78617



ATTORNEY GENERAL OF UNITED STATES
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530-0001



SECRETARY OF TREASURY
15TH AVENUE PENNSYLVANIA NW
WASHINGTON DC 20220



U.S. DEPT OF JUSTICE
P.O. BOX 14198
WASHINGTON DC 20044



U.S. SECURITIES & EXCHANGE COMM
ATLANTA REGIONAL OFFICE
3475 LENOX ROAD, NE, STE 1000
ATLANTA GA 30326


UNITED STATES ATTORNEY
MIDDLE DISTRICT OF ALABAMA
PO BOX 197
MONTGOMERY AL 36101-0197
```

# United States Bankruptcy Court
## Middle District of Alabama

In re: SpecAlloy Corporation

Debtor(s)

Case No.  
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for SpecAlloy Corporation in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 5, 2016  
Date

/s/ CAMERON A. METCALF  
CAMERON A. METCALF ASB-9874-E48C  
Signature of Attorney or Litigant  
Counsel for SpecAlloy Corporation  
ESPY, METCALF & ESPY, P.C.  
326 N. OATES ST.  
P.O. DRAWER 6504  
DOTHAN, AL 36302-6504  
334-793-6288 Fax:334-712-1617