# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

IN RE:         )
             )
SPECALLOY CORPORATION,   )  CHAPTER 11
             )  CASE NO. 16-10013
   DEBTOR-IN-POSSESSION.  )

---

PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED AND SERVED UPON THE MOVING PARTY WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OF THE BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, ALABAMA 36104.

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for:
**[Application to Employ Attorney]**

---

### APPLICATION OF SPECALLOY CORPORATION DEBTOR-IN-POSSESSION, FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ESPY, METCALF & ESPY, P.C. AS ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION

COMES NOW the Debtor-In-Possession, SpecAlloy Corporation, and files this application for the entry of an order authorizing the Debtor's employment and retention of Espy, Metcalf & Espy, P.C. as it's attorneys in connection with it's chapter 11 case. In support of this Application, the Debtor submits the Declaration of Cameron A. Metcalf, Esquire, a partner at Espy, Metcalf which is attached hereto as Exhibit A. In further support of this Application, the Debtor respectfully states as follows:

## Jurisdiction

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b).

2. Venue of this chapter 11 case in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested herein are sections 327(a) and 330 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

## Background

4. On the January 5, 2016 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"). The Debtor is operating its business and managing its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner or committee has been appointed in these cases.

## Relief Requested

5. By this Application, the Debtor seeks the entry of an order pursuant to sections 327(a) and 330 of the Bankruptcy Code and Rule 2014(a) and 2016 of the Bankruptcy Rules authorizing the employment and retention of Espy Metcalf as it's attorneys in accordance with the terms and conditions set forth in that certain engagement letter between the Debtor and Espy Metcalf dated December 14, 2015 (the"Engagement Letter").

## Espy Metcalf's Qualifications

6. The Debtor seeks to retain Espy Metcalf because of, among other things, the firm's expertise, experience and knowledge practicing before the Court, it's proximity to the Court and it's ability to respond quickly to emergency hearings and other matters in the Court.

7. Espy Metcalf has been actively involved in major chapter 11 cases in this district over the last 25 years. Espy Metcalf has represented debtors in a number of chapter 11 bankruptcy cases, including, among others, Quantegy, Inc., Collins Signs, Dorsey Trailers Inc., Southern Family Funeral Care, LLC Lake Martin Partners, LLC, Kent Thornton Meadows Funeral Home, Inc., and Eternal Services, Inc.

8. In preparing for its representation of the Debtor in this chapter 11 case, Espy Metcalf has become familiar with the Debtor's business and many of the potential legal issues that may arise in the context of this chapter 11 case. The Debtor believes that Espy Metcalf is both well qualified and uniquely able to represent it in this chapter 11 case in an efficient and timely manner.

## Services To Be Provided

9. Subject to further order of the Court and consistent with the Engagement Letter, the Debtor requests the employment and retention of Espy Metcalf to render the following legal services:

   a. advising the Debtor with respect to it's powers and duties as debtors in possession in the continued management and operation of it's business and properties;

   b. advising and consulting on the conduct of the chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

   c. taking all necessary action to protect and preserve the Debtor's estate, including prosecuting actions on the Debtor's behalf, defending any action

commenced against the Debtor and representing the Debtor's interests in negotiations concerning all litigation in which the Debtor is involved, including objections to claims filed against the Debtor's estate;

d.   preparing appropriate pleadings, including motions, applications, orders, reports and papers necessary or otherwise beneficial to the administration of the Debtor's estate;

e.   performing all other necessary or otherwise beneficial legal services for the Debtor in connection with the prosecution of this chapter 11 case.

## Professional Compensation

10.   Espy Metcalf intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's chapter 11 case, subject to Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, guidelines established by the Office of the Bankruptcy Administrator for the Middle District of Alabama and any other applicable procedures and orders of the Court, on an hourly basis.

11.   Espy Metcalf's hourly rates are set at a level designed to fairly compensate Espy Metcalf for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere. In particular, Espy Metcalf's current hourly rates for matters related to these chapter 11 cases range as follows:

| Billing Category | Range |
| --- | --- |
| Partners | $325 |
| Associates | $175 |
| Paraprofessionals | $125 |

12.   The following professionals are presently expected to have primary responsibility

for providing services to the Debtor: Cameron A. Metcalf (current billing rate $325.00), Collier H. Espy, Jr. (current billing rate $325.00) and Chris K. Richardson (current billing rate $175.00). In addition, from time to time, other Espy Metcalf professionals and paraprofessionals will provide services to the Debtor.

13.     It is Espy Metcalf's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also Espy Metcalf's policy to charge its clients only the amount actually incurred by Espy Metcalf in connection with such items. Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, outgoing facsimile transmissions, airfare, meals and lodging.

14.     Espy Metcalf currently charges $0.20 per page for standard duplication, $0.20 per page for electronic scanning and $1.00 to $1.50 per page for facsimile transmissions. Espy Metcalf has negotiated a discounted rate for Lexus computed assisted legal research. Computer assisted legal research is used whenever the researched determines that using Lexus is more cost effective than using traditional (non-computer assisted legal research) techniques.

15.     To date, Espy Metcalf has received the amounts set forth in the Metcalf Declaration from the Debtor as compensation for professional services performed in the 90 days before the Commencement Date and for the reimbursement of reasonable and necessary expenses incurred in connection therewith.

16.     As of the Commencement Date, the Debtor does not owe Espy Metcalf any amounts for legal services rendered before the Commencement Date.

## Espy Metcalf's Disinterestedness

17.     To the best of the Debtor's knowledge and as disclosed herein and in the Metcalf Declaration: (a) Espy Metcalf is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtor's estate; and (b) Espy Metcalf has no connection to the Debtor, it's creditors or their related parties except as may be disclosed in the Metcalf Declaration.

18.     Espy Metcalf will periodically review its files during the pendency of this chapter 11 case to ensure that no conflicts or other disqualifying circumstances exit or arise.  If any new relevant facts or relationships are discovered or arise, Espy Metcalf will use reasonable efforts to identify such further developments and will file promptly a supplemental declaration, as required by Bankruptcy Rule 2014(a).

## Notice

19.     The Debtor has provided notice of this Application to: (a) the Office of the Bankruptcy Administrator for the Middle District of Alabama; (b) the entities listed on the List of Creditors Holding the 20 Largest Unsecured Claims filed pursuant to Bankruptcy Rule 1007(d); (c) counsel to the agent for the Debtor's proposed postpetition secured lenders; (d) the Internal Revenue Service.

WHEREFORE, for the reasons set forth herein and in the First Day Affidavit, the Debtor respectfully requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, (a) authorizing the Debtor to employ and retain Espy Metcalf as it's attorneys effective as of the Commencement Date, (b) approving the terms of the Engagement Letter and (c) granting such other and further relief as is just and proper.

Date: ~~December~~ January 5, 2016,

SpecAlloy Corporation

Joseph Donovan, CEO

Espy, Metcalf & Espy, P.C.

Cameron A. Metcalf
Attorney for Debtor
326 North Oates Street
Dothan, Alabama 36303
(334) 793-6288
Email: cam@espymetcalf.com

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SPECALLOY CORPORATION, | ) | **CHAPTER 11** |
| | ) | **CASE NO. 16-10013** |
| DEBTOR-IN-POSSESSION. | ) | |

### DECLARATION OF CAMERON A. METCALF, ESQUIRE IN SUPPORT OF THE APPLICATION OF THE DEBTOR FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ESPY, METCALF & ESPY, P.C. AS THE ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION

I, Cameron A. Metcalf, Esquire, being duly sworn, state the following under penalty of perjury.

1.      I am a partner in the law firm of Espy, Metcalf & Espy, P.C. ("Espy Metcalf"), with an office at 326 North Oates Street, Dothan, Alabama 36303. I am admitted to practice and a member in good standing of the Alabama and Florida State Bars and am admitted to practice in the United States Bankruptcy Court for the Middle District of Alabama. In addition, there are no disciplinary proceedings pending against me.

2.      I submit this Declaration in support of the application (the "Application") of the above-captioned debtor and debtor in possession (collectively, the "Debtor) for an order pursuant to sections 327(a) and 330 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the Debtor to employ and retain Espy Metcalf as attorneys to the Debtor in connection with it's chapter 11 case. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## Espy Metcalf's Qualifications

3. The Debtor seeks to retain Espy Metcalf because of, among other things, the firm's expertise, experience and knowledge practicing before the Court, it's proximity to the Court and it's ability to respond quickly to emergency hearings and other matters in the Court.

4. Espy Metcalf has been actively involved in major chapter 11 cases in this district over the last 25 years. Espy Metcalf has represented debtors in a number of chapter 11 bankruptcy cases, including, among others, Quantegy, Inc., Collins Signs, Dorsey Trailers Inc., Southern Family Funeral Care, LLC, Lake Martin Partners, LLC, Kent Thornton Meadows Funeral Home, Inc., and Eternal Services, Inc.

5. In preparing for its representation of the Debtor in this chapter 11 case, Espy Metcalf has become familiar with the Debtor's business and many of the potential legal issues that may arise in the context of this chapter 11 case. The Debtor believes that Espy Metcalf is both well qualified and uniquely able to represent it in this chapter 11 case in an efficient and timely manner.

## Services To Be Provided

6. Subject to further order of the Court and consistent with that certain engagement letter between the Debtor and Espy Metcalf dated as of December 14, 2015 (the "Engagement Letter"), the Debtor requests the employment and retention of Espy Metcalf to render the following legal services:

a. advising the Debtor with respect to it's powers and duties as debtors in possession in the continued management and operation of it's business and properties;

b. advising and consulting on the conduct of the chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.      taking all necessary action to protect and preserve the Debtor's estate, including prosecuting actions on the Debtor's behalf, defending any action commenced against the Debtor and representing the Debtor's interests in negotiations concerning all litigation in which the Debtor is involved, including objections to claims filed against the Debtor's estate;

d.      preparing appropriate pleadings, including motions, applications, orders, reports and papers necessary or otherwise beneficial to the administration of the Debtor's estate;

e.      performing all other necessary or otherwise beneficial legal services for the Debtor in connection with the prosecution of this chapter 11 case.

## Compensation Received by Espy Metcalf from the Debtor

7.      On December 11, 2015 and on January 5, 2016, in contemplation of its representation of the Debtor, Espy Metcalf received a retainer for its services totaling $30,000.00 from President, Joseph Donovan.

8.      Over the thirty (30) days prior to filing, Espy Metcalf earned and was paid a total of $13,283.00 for work performed in connection with a complaint filed by Wells Fargo in the United States District Court for the Middle District of Alabama. Espy Metcalf is holding $1717.00 for court cost and a retainer of $15,000.00 in trust on this Chapter 11 case.

9.      As of the date of the filing of the Debtor's chapter 11 petition, the Debtor does not owe Espy Metcalf any amounts for legal services rendered before the Commencement Date.

## Professional Compensation

10.      Espy Metcalf intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's chapter 11 case, subject to Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, guidelines established by

the Office of the Bankruptcy Administrator for the Middle District of Alabama and any other applicable procedures and orders of the Court, on an hourly basis.

11.     Espy Metcalf's hourly rates are set at a level designed to fairly compensate Espy Metcalf for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.  In particular, Espy Metcalf's current hourly rates for matters related to these chapter 11 cases range as follows:

| **Billing Category** | **Range** |
| --- | --- |
| Partners | $325 |
| Associates | $175 |
| Paraprofessionals | $125 |

12.     The following professionals are presently expected to have primary responsibility for providing services to the Debtor: Cameron A. Metcalf (current billing rate $325.00), Collier H. Espy, Jr. (current billing rate $325.00) and Chris K. Richardson (current billing rate $175.00). In addition, from time to time, other Espy Metcalf professionals and paraprofessionals will provide services to the Debtor.

13.     It is Espy Metcalf's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Espy Metcalf's policy to charge its clients only the amount actually incurred by Espy Metcalf in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, outgoing facsimile transmissions, airfare, meals and lodging.

14.     Espy Metcalf currently charges $0.20 per page for standard duplication, $0.20 per page for electronic scanning and $1.00 to $1.50 per page for facsimile transmissions. Espy Metcalf has negotiated a discounted rate for Lexis computed assisted legal research. Computer assisted legal research is used whenever the researched determines that using Lexis is more cost effective than using traditional (non-computer assisted legal research) techniques.

15.     Espy Metcalf further states that pursuant to Bankruptcy Rule 2016(b) it has not shared, nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates and contract attorneys associated with Espy Metcalf or (b) any compensation another person or party has received or may receive.

### Espy Metcalf's Disinterestedness

16.     Espy Metcalf and certain of its partners and associates may have in the past represented parties in interest in this chapter 11 case in connection with matters unrelated (except as otherwise disclosed herein) to the Debtor and the chapter 11 case.

17.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Espy Metcalf, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtor, it's creditors or any other parties in interest, their respective attorneys and accounts, the Bankruptcy Administrator, or any person employed in the office of the Bankruptcy Administrator, except as disclosed or otherwise described herein.

18.     Espy Metcalf will periodically review its files during the pendency of this chapter 11 case to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Espy Metcalf will use reasonable efforts to

identify such further developments and will file promptly a supplemental declaration, as required by Bankruptcy Rule 2014(a).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: January 5, 2016.

_____
Cameron A. Metcalf, Esquire
Partner, Espy, Metcalf & Espy, P.C.

SPECALLOY CORPORATION
868 MURRAY ROAD
DOTHAN AL 36303

ADVANCED MECHANIX
947 N BEVERLYE ROAD
DOTHAN AL 36303

ADVANTAGE STAFFING
P.O. BOX 277534
ATLANTA GA 30384-7534

AGF MACHINERY, LLC
1760 REEVES STREET
DOTHAN AL 36303

AIRGAS
P.O. BOX 532609
ATLANTA GA 30353-2609

ALABAMA TECHNOLOGY NETWORK
P.O. BOX 302130
MONTGOMERY AL 36130-2130

ALLSOUTH URGENT CARE CLINIC INC
4585 MONTGOMERY HWY
DOTHAN AL 36303

ANDERSEN SALES & SALVAGE
1490 EAST 8TH STREET
GREELEY CO 80631

AT&T
P.O. BOX 5080
CAROL STREAM IL 60197-5080

AUTOMATION DIRECT.COM, INC.
P.O. BOX 402417
ATLANTA GA 30384

AUTOMOTIVE RECYCLERS
ASSOCIATION
9113 CHURCH STREET, STE 2
MANASSAS VA 20110

CARR ALLISON
100 VESTAVIA PARKWAY
BIRMINGHAM AL 35216

CH ROBINSON
P.O. BOX 9121
MINNEAPOLIS MN 55480-9121

CIRCLE PEST CONTROL
P.O. BOX 6932
DOTHAN AL 36302

COFFMAN INTERNATIONAL INC
4185 ROSS CLARK CIRCLE
DOTHAN AL 36303

DOTHAN AREA CHAMBER OF
COMMERCE
P.O. BOX 638
DOTHAN AL 36302

EXPRESS EMPLOYMENT
PROFESSIONALS
P.O. BOX 535434
ATLANTA GA 30353-5434

FCCI INSURANCE GROUP
P.O. BOX 405563
ATLANTA GA 30384-5563

FERRELLGAS
P.O. DRAWER 430
DOTHAN AL 36301

FLORIDA TURNPIKE
FDOT TURNPIKE ENTERPRISE
P.O. BOX 310
OCOEE FL 34761-0100

GETS INC
P.O. BOX 1922
DOTHAN AL 36302

HEALTHLINK
2946 ROSS CLARK CIRCLE
DOTHAN AL 36301

HEESUNG PMTECH CORP
5TH FLOOR, BULIM BLDG
39 NANDAEMUNDO-, 9 GIL, JUNG-GU
SEOUL KOREA SOUTH

IBS OF SOUTHERN ALABAMA
P.O. BOX 8751
DOTHAN AL 36304

IDHN
2650 EAST DIVISION STREET
SPRINGFIELD MO 65803

J&N MACHINE SHOP LLC
171 NORTH RANGE STREET
DOTHAN AL 36303

LEDOUX & COMPANY
359 ALFRED AVENUE
TEANECK NJ 07666-5755

LITCO INTERNATIONAL
ONE LITCO DRIVE
VIENNA OH 44473

LKQCORP
500 WEST MADISON STREET, STE 2800
CHICAGO IL 60661

MARTIN ENVIRONMENTAL
P.O. BOX 8623
DOTHAN AL 36304

MCMASTER-CARR SUPPLY
600 N. COUNTY LINE ROAD
ELMHURST IL 60126

NOLAN TRANSPORTATION GROUP,
INC.
75 REMITTANCE DRIVE, DEPT 132
CHICAGO IL 60675-3132

PERFORMANCE MACHINE WORKS LLC
344 SOUTHGATE ROAD
DOTHAN AL 36301

SCRAP MAGAZINE
1615 L STREET NW, STE 600
WASHINGTON DC 20036-5664

SERVICE INDUSTRIAL SUPPLY
P.O. BOX 1347
DOTHAN AL 36302-1347

SOUTHEASTERN FREIGHT LINES
P.O. BOX 100104
COLUMBIA SC 29202

SOUTHERN BLOW PIPE INC
377 BIC ROAD
DOTHAN AL 36303

SOUTHERN HYDRAULIC SERVICES,
INC.
1415 SOUTH OATES STREET
DOTHAN AL 36301

THE LILLY COMPANY
P.O. BOX 100575
BIRMINGHAM AL 35210

THE LOCATOR
P.O. BOX 286
WHITING IA 51063-0286

THE PEPI COMPANIES
165 TECHNOLOGY DRIVE
DOTHAN AL 36303

ULINE
125875 ULINE DRIVE
PLEASANT PRAIRIE WI 53158

UNIFIRST CORPORATION
208 SOUTH EDGEWOOD DRIVE
DOTHAN AL 36301

UPS
P O BOX 7247-0244
PHILADELPHIA PA 19170

WELLS FARGO C/O ERIC L. PRUITT,
ESQ.
420 20TH STREET NORTH
1400 WELLS FARGO TOWER
BIRMINGHAM AL 35203

WRENCH A PART
5055 HWY 71E
DEL VALLE TX 78617

ATTORNEY GENERAL OF UNITED
STATES
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530-0001

SECRETARY OF TREASURY
15TH AVENUE PENNSYLVANIA NW
WASHINGTON DC 20220

U.S. DEPT OF JUSTICE
P.O. BOX 14198
WASHINGTON DC 20044

U.S. SECURITIES & EXCHANGE COMM
ATLANTA REGIONAL OFFICE
3475 LENOX ROAD, NE, STE 1000
ATLANTA GA 30326

UNITED STATES ATTORNEY
MIDDLE DISTRICT OF ALABAMA
PO BOX 197
MONTGOMERY AL 36101-0197