UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                        Case No. 16-10013-DHW
                                                        Chapter 11

**SPECALLOY CORPORATION,**

       Debtor

**ORDER SETTING PRELIMINARY HEARING ON
MOTION TO USE CASH COLLATERAL PURSUANT
TO 11 U.S.C. SECTION 363(C)(2)
ORDER SETTING HEARINGS
and
ORDER SETTING FINAL HEARING
ON MOTION TO USE CASH COLLATERAL
TO 11 U.S.C. SECTION 363(C)(2)**

      The debtor filed on January 5, 2016 Motion to Expedite Hearing on Certain Motions of the Debtor-in-Possession (DE #9). Motion to Us e Cash Collateral Pursuant to 11 U.S.C. Section 363(c)(2) (DE#7), Application to Employ Professional Persons Pursuant to 11 USC 327 (DE #5), Motion to Pay Motion to Permit Payment of Pre- and Post-Petition Accounts for Electrical Service/Utilities (DE #6) and Motion for Joint Administration Motion for Order, Pursuant to Rule 1015(b), of the Federal Rules of Bankruptcy Procedure Directing Joint Administration (DE #8).

      The motions are set for a preliminary hearing on **January 8, 2016 at 10:00 a.m., Telephonically.**

      **Each party desiring to be heard MUST CALL AT&T TeleConference Services at least 5 minutes prior to the commencement of court.
PHONE: 1-888-431-3632: Participant Code: 361328
CONFERENCE HOST: Jacqueline McLain**

A final hearing on the Motion to Use Cash Collateral will be held on February 3, 2016 at 10:00 a.m. TELEPHONICALLY

**Each party desiring to be heard MUST CALL AT&T TeleConference Services at least 5 minutes prior to the commencement of court.
PHONE: 1-888-431-3632: Participant Code: 361328
CONFERENCE HOST: Jacqueline McLain**

The moving party or counsel shall (1) give **timely** notice of this hearing by mail to **all creditors, all parties in interest including any committee in this case** or its authorized agent, **or if no committee has been appointed, on the creditors listed on the list filed pursuant to Fed. R. Bankr. Proc. 1007(d)**, by serving a copy of this order and the motion on each; and (2) file in court prior to the hearing date a certificate of service showing the names and addresses of the parties served. Failure to give such notice and file the certificate as required may result in dismissal of the motion.

Done this 6th day of January, 2016.

*Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Cameron A. Metcalf, Attorney for Debtor