**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SPECALLOY CORPORATION | ) | BANKRUPTCY CASE NO: 16-10013 |
| | ) | |
| DEBTOR-IN-POSSESSION. | ) | CHAPTER 11 |
| | ) | |

## NOTICE OF APPEARANCE

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., through its undersigned member, hereby gives notice of its appearance in this case on behalf of Wells Fargo Bank, National Association ("Wells Fargo Bank, N.A."), and does hereby request that all notices required to be given under Bankruptcy Rule 2002, including notices under Bankruptcy Rule 2002(i) that, but for this request, would be provided only to a committee appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Wells Fargo Bank, N.A.'s attorney at the following address:

> W. Patton Hahn
> Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
> 420 20th Street North
> Suite 1400
> Birmingham, Alabama 35203
> Telephone:     (205) 250-8366
> Facsimile:     (205) 488-3766
> e-mail:  phahn@bakerdonelson.com

Wells Fargo Bank, N.A. hereby further notifies all parties of interest in this case that it is represented by the undersigned attorney and requests that the Clerk of the Court place the undersigned attorney on any Master Service List in this case and that all counsel of record provide the undersigned attorney with copies of all pleadings, notices and other filings made in

B CDB01 1470110 v1
1039341-000731  01/06/2016

this case, including, without limitation, notices regarding and (if applicable) copies of any hearing, order, demand, request, complaint, motion, application or other pleading, whether formal or informal and however transmitted or filed (by mail, facsimile, telephone or otherwise). The Clerk of the Court and all counsel of record are requested to direct all communications to the undersigned attorney at the address, telephone or facsimile number set forth above.

.                                    Respectfully Submitted,

*/s/ W. Patton Hahn*
W. Patton Hahn
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone:     (205) 250-8366
Facsimile:      (205) 488-3766
e-mail:  phahn@bakerdonelson.com
Attorney for Wells Fargo Bank, National Association

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2016,  a copy of the above and foregoing has been served upon the following parties electronically through the court's CM/ECF system or if such party does not participate in notice through electronic filing,  by U.S. Mail First Class:

City of Dothan Utilities
Bankruptcy Department
126 North Saint Andrews
Dothan, Alabama 36303

Tim e Warner Cable
Bankruptcy Department
3347 Platt Springs Road
West Columbia, SC 29170

Teresa R. Jacobs
Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

                                    */s/ W. Patton Hahn*
                                    Of Counsel

B CDB01 1470110 v1
1039341-000731  01/06/2016